UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Kristie L. Pianfetti

Plaintiffs,

v.

Castro Motors, Inc., C & J Auto Sales Enterprise, and Guillermo Castro,

Defendants.

Court File No. 02-CV-0018 (PAM/RLE)

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT**

Plaintiff's complaint was served on Defendants on January 10, 2002. Defendants have requested an extension of time to answer the complaint to obtain counsel and resolve insurance coverage issues. Therefore, **IT IS HEREBY STIPULATED** by and between the parties that Defendants should have until February 15, 2002, to answer the complaint.

Dated: 1-23-02

NICHOLS KASTER & ANDERSON

Donald H. Nichols #78918
Paul J. Lukas #22084X
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone (612) 338-1919

ATTORNEYS FOR PLAINTIFF

Dated: 1-21-02

Guillermo Castro
1403 Highway 37
Hibbing, MN 55746
Telephone: (218) 263-8877

INDIVIDUALLY AND AS OWNER OF CASTRO MOTORS, INC. AND C & J AUTO SALES ENTERPRISE

FILED JAN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Consistent with the above-stipulation, it is hereby ORDERED that Defendants have until February 15, 2002, to file an Answer to Plaintiff's Complaint.

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

January 28, 2002