UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Kristie L. Pianfetti

Plaintiffs,

v.

Castro Motors, Inc., C & J Auto Sales Enterprise, and Guillermo Castro,

Defendants.

Court File No. 02-/CV-0018 PAM/RLE

**STIPULATION TO DISMISS WITHOUT PREJUDICE**
AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective undersigned attorneys, that the above-mentioned action should be dismissed without prejudice and costs or disbursements to any of the parties.

Dated: June 17, 2002

NICHOLS KASTER & ANDERSON

Paul J. Lukas, #22084X
Michele R. Fisher, #303069
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone (612) 338-1919

ATTORNEYS FOR PLAINTIFF

Dated: June 13, 2002

SELLMAN LAW OFFICE

Andy Borland, 20710X
Sellman Law Office
1907 Third Ave. E. Suite 1
Hibbing, MN 55746
Telephone (218) 262-5501

ATTORNEY FOR DEFENDANT

JUN 1 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Consistent with the above-stipulation, it is hereby ORDERED that Kristie L. Pianfetti v. Castro Motors, Inc., C & J Auto Sales Enterprise, and Guillermo Castro, Court File No. 02-/CV-0018 PAM/RLE, is dismissed without prejudice and costs or disbursements to any of the parties.

June 18, 2002

Paul A. Magnuson
UNITED STATES DISTRICT COURT JUDGE